■ In the Matter of MANUFACTURERS HANOVER TRUST COMPANY, as Committee of the Property of DOROTHY F. RICE, a Deceased Incompetent, et al., Petitioners, v. GEORGE POSTEL, as a Justice of the Supreme Court of the State of New York, Respondent.— Application denied and the petition dismissed, without costs and without disbursements. Prohibition will not lie where another appropriate remedy exists. Upon entry of an order appointing a Referee, an appeal will lie, if petitioners be so advised. (See *Matter of Cross*, 25 A D 2d 645.) Concur — Kupferman, J. P., Murphy, McNally, Steuer and Tilzer, JJ.

■ In the Matter of the First International Accounting of JOHN J. McGINTY et al., as Executors of THOMAS F. KEARNS, Deceased, Petitioners. MAUNFACTURERS HANOVER TRUST COMPANY, as Executor of THOMAS F. KEARNS, Deceased, Appellant; LOUIS J. LEFKOWITZ, Attorney-General of the State of New York, et al., Respondents.— Order, Surrogate's Court, New York County, entered on November 23, 1970, insofar as appealed from, denying petitioners' motion to approve the terms of a compromise and settlement and to dismiss the objections of the Attorney-General, unanimously affirmed, without costs and without disbursements. The Surrogate properly ruled that petitioners were not entitled to summary dismissal of the Attorney-General's objections without a trial on the merits of the factual issues tendered. EPTL 8–1.4 authorizes the Attorney-General to raise the triable issues set forth in his objections to the proposed settlement wherein he alleges a breach of duty by the executors during their administration of the charitable trust property. Of course, the ultimate jurisdiction, decision and power to determine whether the settlement should be approved or not is vested solely in the court, with or without the Attorney-General's approval. (See N. Y. Const., art. VI, § 12, subd. d; SCPA 201; *Trustees of Sailors' Snug Harbor* v. *Carmody*, 158 App. Div. 738, 753, affd. 211 N. Y. 286; *Matter of Reeder*, 380 Mich. 655.) Concur — Stevens, P. J., McGivern, Markewich, Nunez and Kupferman, JJ.